IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02549-OES

VERNEST M. JONES,

    Plaintiff,

v.

JOE ORTIZ,
BARBARA WHISENHUNT,
PAUL NADIAW, and
M. COX,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -5 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

The motion to submit exhibits submitted by Plaintiff and filed by the Court on December 16, 2005, is GRANTED.

Dated: January 5, 2006

Copies of this Minute Order mailed on January 5, 2006, to the following:

Vernest M. Jones
Prisoner No. 98313
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

_____
Secretary/Deputy Clerk