IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02549–EWN–MEH

VERNEST M. JONES,

    Plaintiff,

v.

JOE ORTIZ,
BARBARA WHISENHUNT,
PAUL NADIAW, and
M. COX,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Plaintiff's Renewed Motion for Voluntary Dismissal of Action" filed March 23, 2006.  The court having read the Motion for Voluntary Dismissal filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 7th day of April, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge